IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURALIE H. BLADER,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

      v.                                    Case No. 12-cv-854-wmc

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

        Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered affirming the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing this case with prejudice.

        /s/                                                    9/5/2014

Peter Oppeneer, Clerk of Court                        Date